```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN CHAMBERS,                                               :
                                                             :
                              Movant,                        :    1:17-CR-0396 (UA) (OTW)
                                                             :    1:21-CV-2056 (UA) (OTW)
              -against-                                      :
                                                             :    ORDER
UNITED STATES OF AMERICA,                                    :
                                                             :
                              Respondent.                    :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

This Court interprets Movant's letter on July 26, 2021 (ECF 8) as a Motion for an extension to file its Reply to the Respondent's Answer. Such Motion is **GRANTED** *nunc pro tunc* to July 26, 2021. Accordingly, Movant's Reply to Respondent's Answer (ECF 7) is timely.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated:  July 27, 2021                             *s/ Ona T. Wang*
        New York, New York                    **Ona T. Wang**
                                        United States Magistrate Judge